IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION


CESAR ISLAS-ALVAREZ, # 15151-086                            PETITIONER

VS.                                CIVIL ACTION NO. 5:06-cv-14(DCB)(MTP)

CONSTANCE REESE, Warden                                     RESPONDENT


FINAL JUDGMENT

This cause having come before the Court on the Report and Recommendation of Magistrate Judge Michael T. Parker, and on the petitioner's objections thereto, and the Court, after a full review of the record, having adopted the Report and Recommendation as the finding of this Court in an Order of even date herewith; accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this action is DISMISSED with prejudice as to the jurisdictional issue and without prejudice as to all other issues.

SO ORDERED, this the __15th__ day of January, 2008.


                                    __s/ David Bramlette__
                                    UNITED STATES DISTRICT JUDGE